**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dep Thi Tran <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-13861 mdc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for U.S Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2007-1 and index same on the master mailing list.

         Respectfully submitted,

         **/s/ Rebecca A. Solarz, Esquire**
         Rebecca A. Solarz, Esquire
         Thomas Puleo, Esquire
         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322 FAX (215) 627-7734