# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  DEP THI TRAN,                :        CHAPTER 13
        Debtor

                                                 :        BANKRUPTCY NO.  17-13861

## DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS FILED FEBRUARY 16, 2018

Evidence of business renewed business insurance was sent to the Trustee's Office on February 17, 2018.  Any delay has been reasonable, as the Debtor is pursuing a loan modification.  licensing was attached to the Certifications of Business Debtor filed on July 10, 2017.  The receipt of these documents was confirmed by Shawn Flagler, whi indicated that this Motion would be withdrawn.

WHEREFORE, the Debtor requests that the Trustee's Motion to Dismiss this bankruptcy case be withdrawn or denied.

Date:   September 24, 2017                    Attorney for Debtor

                                                                                 DAVID A. SCHOLL
                                                                                 512 Hoffman Street
                                                                                 Philadelphia, PA.  19148
                                                                                 610-550-1765