# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  DEP THI TRAN,                    :        CHAPTER 13
      Debtor

                                                     :        BANKRUPTCY NO.  17-13861

## PRAECIPE

**TO THE CLERK:**

      Kindly withdraw the Debtor's Answer to the Motion of Specialized Loan Servicing, LLC for Relief from the Automatic Stay, in this case.

Dated: May 28, 2018                                            Attorney for Debtor

                                                    _____
                                                    /s/DAVID A. SCHOLL
                                                    512 Hoffman Street
                                                    Philadelphia, PA.  19148
                                                    610-550-1765

                                                    *