## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dep Thi Tran<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for U.S Bank National Association, as Trustee, for Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2007-1<br>Movant<br>vs. | NO. 17-13861 mdc |
| Dep Thi Tran<br>Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>Trustee | |

### ORDER

AND NOW, this 5th day of June, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 421 Baileys Run Lane, Springfield, PA 19064 ("Property), as to Movant, its successors or assignees.

_____
Magdeline D. C_____
United States Bankruptcy Judge.