



MONEY ORDER RECEIPT - NON NEGOTIABLE

$500
AND 17-751788479

ACT 244024 LOC 000001 DT 042518 $500.00 5HUNDREDDOLLARS AND NO CENTS

* 17751788479 *

MONEY ORDER RECEIPT - NON NEGOTIABLE

$490
3-28-2018

* 17751788480 *

MONEY ORDER RECEIPT - NON NEGOTIABLE

PAID
$500

ACT 244024 LOC 000001 DT 042518 $500.00 5HUNDREDDOLLARS AND NO CENTS

* 17761032649 *

MONEY ORDER RECEIPT - NON NEGOTIABLE

6-27-2018
PAID $500

ACT 244025 LOC 000001 DT 062718 $500.00 5HUNDREDDOLLARS AND NO CENTS

| Loan number | Transaction Date | Current Interest Paid Date | Prior Servicer Trn Code | Trn Code | Transaction Amount | Interest Amount | Principal Amount | Escrow Amount | Late Charge Amount | Balance Principal | Balance Escrow | Balance Late Charge | Balance Escrow as is from File | Balance Escrow Calculated | Balance Funds Unapplied | Unapplied Funds Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4000302598 | 05/01/2017 | 08/01/2016 | | POS | $ 500.00 | | | | | | | | | | | |
| 4000302598 | 05/01/2017 | 08/01/2016 | | POS | $ 4.38 | | | | | | | | | | | |
| 4000302598 | 05/01/2017 | 08/01/2016 | | UF* | $ (23.15) | | | | | | | | | | $ 514.77 | |
| 4000302598 | 05/05/2017 | 08/01/2016 | | E56 | $ 495.62 | $ 142.89 | $ 83.37 | $ (23.15) | $ - | $ 42,866.41 | $ (3,050.97) | $ (170.54) | | | $ 514.77 | |
| 4000302598 | 05/30/2017 | 09/01/2016 | | RP | $ 4.38 | | | 269.36 | | $ 42,783.04 | $ (2,781.61) | $ (170.54) | | | $ 514.77 | 4.38 |
| 4000302598 | 05/30/2017 | 09/01/2016 | | SR | | | | | | $ 42,783.04 | $ (2,781.61) | $ (170.54) | | | $ 519.15 | |
| 4000302598 | 05/30/2017 | 09/01/2016 | | POS | | | | | | | | | | | | |
| 4000302598 | 05/30/2017 | 09/01/2016 | | POS | $ 500.00 | | | | | | | | | | | |
| 4000302598 | 05/30/2017 | 09/01/2016 | | UF* | $ 4.38 | | | | | | | | | | $ 519.15 | |
| 4000302598 | 06/05/2017 | 09/01/2016 | | E56 | $ (23.15) | | | | | | | | | | $ 519.15 | |
| 4000302598 | 07/05/2017 | 09/01/2016 | | E56 | $ (23.15) | | | | | | | | | | $ 519.15 | |
| 4000302598 | 07/31/2017 | 10/01/2016 | | RP | $ 495.62 | $ 142.61 | $ 83.65 | 269.36 | | $ 42,699.39 | $ (2,558.55) | $ (170.54) | | | $ 519.15 | |
| 4000302598 | 07/31/2017 | 10/01/2016 | | SRD | $ (45.62) | | | | | $ 42,699.39 | $ (2,558.55) | $ (170.54) | | | $ 473.53 | (45.62) |
| 4000302598 | 07/31/2017 | 10/01/2016 | | POS | | | | | | | | | | | | |
| 4000302598 | 07/31/2017 | 10/01/2016 | | POS | $ 450.00 | | | | | | | | | | | |
| 4000302598 | 07/31/2017 | 10/01/2016 | | UF* | $ (45.62) | | | | | | | | | | $ 473.53 | |
| 4000302598 | 09/05/2017 | 10/01/2016 | | E56 | $ (23.15) | | | | | | | | | | $ 473.53 | |
| 4000302598 | 09/07/2017 | 11/01/2016 | | AP | $ 495.62 | $ 142.33 | $ 83.53 | $ (23.15) | | $ 42,615.46 | $ (2,335.49) | $ (170.54) | | | $ 473.53 | |
| 4000302598 | 09/07/2017 | 11/01/2016 | | SRA | $ 4.38 | | | 269.36 | | $ 42,615.46 | $ (2,335.49) | $ (170.54) | | | $ 477.91 | 4.38 |
| 4000302598 | 09/07/2017 | 11/01/2016 | | POS | | | | | | | | | | | | |
| 4000302598 | 09/07/2017 | 11/01/2016 | | POS | $ 500.00 | | | | | | | | | | | |
| 4000302598 | 09/07/2017 | 11/01/2016 | | UF* | $ 4.38 | | | | | | | | | | $ 477.91 | |
| 4000302598 | 10/02/2017 | 12/01/2016 | | RP | $ 495.62 | $ 142.05 | $ 84.21 | 269.36 | | $ 42,531.25 | $ (2,066.13) | $ (170.54) | | | $ 477.91 | |
| 4000302598 | 10/02/2017 | 12/01/2016 | | SR | $ 4.38 | | | | | $ 42,531.25 | $ (2,066.13) | $ (170.54) | | | $ 482.29 | |
| 4000302598 | 10/02/2017 | 12/01/2016 | | POS | | | | | | | | | | | | |
| 4000302598 | 10/02/2017 | 12/01/2016 | | POS | $ 500.00 | | | | | | | | | | | |
| 4000302598 | 10/02/2017 | 12/01/2016 | | UF* | $ 4.38 | | | | | | | | | | $ 482.29 | |
| 4000302598 | 10/05/2017 | 12/01/2016 | | E56 | $ (23.15) | | | | | | | | | | $ 482.29 | |
| 4000302598 | 10/31/2017 | 01/01/2017 | | RP | $ 495.62 | $ 141.77 | $ 84.49 | 269.36 | | $ 42,446.76 | $ (1,819.92) | $ (170.54) | | | $ 482.29 | |
| 4000302598 | 10/31/2017 | 01/01/2017 | | SR | $ 4.38 | | | | | $ 42,446.76 | $ (1,819.92) | $ (170.54) | | | $ 486.67 | 4.38 |
| 4000302598 | 10/31/2017 | 01/01/2017 | | POS | | | | | | | | | | | | |
| 4000302598 | 10/31/2017 | 01/01/2017 | | POS | $ 500.00 | | | | | | | | | | | |
| 4000302598 | 10/31/2017 | 01/01/2017 | | UF* | $ 4.38 | | | | | | | | | | $ 486.67 | |
| 4000302598 | 11/04/2017 | 01/01/2017 | | E56 | $ (23.15) | | | | | | | | | | $ 486.67 | |
| 4000302598 | 12/05/2017 | 03/01/2017 | | E56 | $ (22.70) | | | $ (23.15) | | | | | | | $ 486.67 | |
| 4000302598 | 12/07/2017 | 02/01/2017 | | RP | $ 495.62 | $ 141.49 | $ 84.77 | $ (22.70) | | $ 42,361.99 | $ (1,596.41) | $ (170.54) | | | $ 486.67 | |
| 4000302598 | 12/07/2017 | 02/01/2017 | | SR | $ 4.38 | | | 269.36 | | $ 42,361.99 | $ (1,596.41) | $ (170.54) | | | $ 491.05 | |
| 4000302598 | 12/07/2017 | 02/01/2017 | | PRE | $ 471.23 | | | 471.23 | | | | | | | | |
| 4000302598 | 12/07/2017 | 02/01/2017 | | PRE | $ 471.23 | | | | | | | | | | | |
| 4000302598 | 05/29/2018 | 09/01/2017 | | RP | $ 495.62 | $ 139.49 | $ 86.77 | 269.36 | | $ 41,760.63 | $ (2,236.27) | $ (170.54) | | | $ 491.05 | |
| 4000302598 | 05/29/2018 | 02/01/2017 | | SR | $ 4.38 | | | | | $ 41,760.63 | $ (2,236.27) | $ (170.54) | | | $ 491.05 | |
| 4000302598 | 05/29/2018 | 09/01/2017 | | POS | | | | | | | | | | | | |
| 4000302598 | 05/29/2018 | 08/01/2017 | | POS | $ 500.00 | | | | | | | | | | | |
| 4000302598 | 05/29/2018 | 08/01/2017 | | UF* | $ 4.38 | | | | | | | | | | $ 412.72 | |
| 4000302598 | 06/05/2018 | 09/01/2017 | | E56 | $ (22.70) | | | $ (22.70) | | $ 41,760.63 | $ (2,258.97) | $ (170.54) | | | $ 412.72 | |
| 4000302598 | 06/15/2018 | 08/01/2017 | | SR | $ 210.44 | | | 210.44 | | $ 41,760.63 | $ (2,048.53) | $ (170.54) | | | $ 417.10 | |
| 4000302598 | 06/15/2018 | 04/01/2016 | | PRE | $ 210.44 | | | | | | | | | | $ 417.10 | |
| 4000302598 | 06/15/2018 | 04/01/2016 | | PRE | | | | | | | | | | | $ 417.10 | |