IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: DEP THI TRAN,               :   CHAPTER 13

    Debtor                      :   BANKRUPTCY NO. 17-13861

APPLICATION FOR COMPENSATION OF DAVID A. SCHOLL, ESQUIRE, COUNSEL FOR THE DEBTOR

David A. Scholl, Esquire, counsel for the above-named Debtor, in accordance with F.R.B.P. 2016 applies, under section 330 of the Code, for an award of compensation and represents as follows:

1. The Applicant has been counsel for the Debtor in this case since shortly before he filed this case on June 2, 2017, and has had the responsibility for all aspects of the Debtor's representation from that date to the present.

2. All services rendered for which compensation is requested were performed on behalf of the Debtor.

3. The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4. The period of the Application is from May 22, 2017, through July 7, 2018.

5. The total fees requested from the Debtors' estate through this period are $4550.00.

6. This case was filed on June 2, 2015, by the undersigned.

7. No Application to appoint the Applicant as counsel for the Debtor was filed, since this is a Chapter 13 case.

8. The first services were performed by the Applicant in connection with this

case on May 22, 2017.

9. Compensation is requested under section 330.

10. Disclosure of compensation under Rule 2016(b) were filed for the one payment to counsel to date, totaling $1000 on June 4, 2017, 2015. A copy of this Statement is attached hereto as Exhibit "A."

11. My billing rate for the period at issue was $2500 for all routine services plus $200 per hour more for all non-routine services which are designated (*) on the attached Time Records.

12. A description of the services performed is included on the following pages.

WHEREFORE, l3e Applicant requests an award of $4550.00 in compensation for services, less $1000 paid, or $3550.00 in compensation.

Dated: July 13, 2018

/s/DAVID A. SCHOLL

512 Hoffman Street, Phila., PA. 19148

610-550-1765

Attorney for Debtor

EXHIBIT "A"

# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

In re: Dep Thi Tran,                                              Case No. 17-13861

  Name of Debtor(s)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................. $2,500.00*
   Prior to the filing of this statement I have received ................................. $1000
   Balance Due ................................................................................ $1500.00

2. The source of the compensation paid to me was:

   ☒ Debtor

3. The source of compensation to be paid to me is:

   ☒ Debtor

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee of $2500, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Amendments to schedules, statement of affairs, plan, and other documents

   b. Attending the rescheduled Meeting of Creditors

   c. Preparing and obtaining confirmation of an amended Chapter 13 plan

*By agreement with the debtor, the above-disclosed fee does not include any costs or expenses which arise in the case or representation in any extraordinary matters not referenced above, including filing and objecting to claims, filing and prosecuting motions and adversary proceedings, and defending any motions filed against the Debtor. For these services, the Debtor will be charged an additional $200/hr over the $2500 fee referenced above. It is estimated that the total fee will be approximately $5000.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: 6-4-17                                    /s/David A. Scholl

EXHIBIT "B"

IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

In re: :
DEP THI TRAN,  : CHAPTER 13
       Debtor  : BANKRUPTCY NO. 17-13861

## ORDER

AND NOW, this _____ day of August, 2018, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, for the period from May 22, 2017, through July 12, 2018, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $4550 for this period. The trustee shall distribute $3550.00 from the funds paid to him to the Applicant. The Debtor is authorized and directed to pay $4550.00 to the Applicant.

_____

                                        J.

## DESCRIPTION OF SERVICES—DEP THI TRAN

| DATE | SERVICES PERFORMED | TIME |
|---|---|---|
| 5/22/17 | Meet with Client, Children to Discuss Bankruptcy | 1.5 hrs. |
| 5/26/17 | Call to Henry, What expect to do | 12 mins. |
| 6/2/17 | Meet Again with Client & Children, Prepare to File Ch. 13 | 2 hrs. |
|  | Proceed to File Case | 12 mins. |
|  | Discuss Filing & Schedules with client | 24 mins. |
| 6/4/17 | Draft Schedules & Plan | 1.5 hrs. |
| 6/10/17 | Client in to Go Over Schedules & Sign | 42 mins. |
|  | File Schedules & Plan | 1 hr. |
| 6/15/17 | Call to Quyen re 0waht's Expected to Do | 30 mins. |
| 6/18/17 | Email to Mortgage company re Filing | 30 mins. |
|  | Receive & file Pay Advises | 30 mins. |
| 6/19/17 | Receive & ReviewTax Returns | 30 mins. |
|  | Receive 341 Notice & Call Quyen | 12 mins. |
| 6/22/17 | Email from Flagler re Reports | 18 mins. |
| 6/23/17 | Call to Flagler & Quyen re Reports | 30 mins. |
|  | Correct Reports | 30 mins. |
| 6/24/17 | Forward Tax Returns to Trustee's Office | 30 mins. |
|  | Call Quyen re 341 | 30 mins. |
| 7/1/18 | Call Again re 341 | 12 mins. |
| 7/10/17 | File All Reports | 1.5 hrs. |
| 7/17/17 | Call, prepare for 341 Meeting | 30 mins. |

| Date | Description | Time |
|---|---|---|
| 7/19/17 | Attend Meeting of Creditors | 2 hrs. |
| 7/20/17 | Call to Quyen after Meeting | 12 mins. |
| 7/31/17 | Email from Quyen with Info | 18 mins. |
|  | Prepare & File Report with Insrance Documents | 36 mins. |
| 8/13/17 | Additional Reports Filed | 12 mins. |
| 8/28/17 | Email from Flagler, Call quyen | 12 mins. |
|  | Insurance Document Filed | 30 mins. |
| 9/7/17 | Email from Flagler, Call Quyen | 18 mins. |
| 9/24/17 | Answer to Trustee Motion Filed | 24 mins.* |
| 9/26/17 | Email to Trustee re Hearing | 12 mins. |
| 10/2/17 | Review Notes from Mortgagee | 12 mins.* |
| 10/3/17 | email to Quyen re MG Co. | 18 mins.* |
| 10/10/17 | File Monthly Report | 18 mins. |
| 10/25/17 | Email from Mortgage Co., Forward to Quyen | 18 mins.* |
| 10/26/17 | Email Back from Quten | 12 mins. |
| 11/22/17 | Copy & Review Docket | 12 mins. |
| 11/28/17 | Email & Call Quyen, Reports Due | 12 mins. |
| 11/29/17 | Receive, Review, File Reports | 30 mins. |
| 11/30/17 | Court Appearance | 30 mins. |
| 12/3/17 | Call to Quyen re status | 12 mins. |
| 12/20/17 | review Objection to Conf. & Motion by Mortgage Co. | 1 hr.*12/21/17 |

| Date | Description | Time |
|---|---|---|
| 12/21/17 | Draft Answer to Motion of MG | 1 hr.* |
| 12/26/17 | Corrected & Filed answer to Motion | 30 mins.* |
| 12/30/17 | Call from Quyen re Status of Motion | 18 mins.* |
| 1/3/18 | Call, Email to Quyen re Mortagage | 18 mins.* |
| 1/5/18 | Email fro Quyen, Same Subject | 12 mins.* |
| 1/12/18 | Email from KMLContinue Hearing | 12 mins.* |
| 2/8/18 | Call to Rebecca Solarz from KML | 6 mins.* |
| 2/12/18 | Email from Solarz re Continuance | 12 mins.* |
| 2/15/18 | Email to Flagler | 12 mins. |
| 2/18/18 | File Answer to Latest TMTD | 18 mins.* |
| 3/3/18 | Received Letter Rejecting Loan Mod—Sent to Quyen | 18 mins.* |
| 3/6/18 | Received Response | 12 mins.* |
| 3/16/18 | Amended Plan Filed | 18 mins. |
| 3/19/18 | Calls from Solarz—Offer to Settle Motion | 30 mins.* |
|  | Back & Forth with Solarz | 24 mins.* |
| 3/22/18 | Court Appearance, Hearing Scheduled | 1 hr. |
| 3/23/18 | third Amended Plan Filed | 18 mins. |
| 3/27/18 | Call to Quyen. Offer to Settle Rejected | 12 mins.* |
| 4/23/18 | Call to Solarz. Reject Offer | 12 mins.* |
| 4/24/18 | Court Hearing | 1 hr.* |
|  | Amendment to Answer Filed | 18 mins.* |

|  |  |  |
|---|---|---|
|  | Call to Quyen re Hearing | 12 mins.* |
| 5/10/18 | Email, Calls to Quyen re Hearing | 12 mins.* |
| 5/28/18 | Call from Quyen, Giving Up on Loan Mod | 12 mins.* |
| 5/29/18 | Praecipe to Withdraw Opposition to Motion | 30 mins.* |
| 6/4/18 | Calls from Quyen, to Eileen, Not Contesting Relief | 12 mins. |
| 7/7/18 | Produce time Records | 1.5 hrs. |
| 7/18 | Conversion of Case to Chapter 7 | 2 hrs. (est.) |

tOTAL TIME 37 hrs., 24 mins.

TIME SPENT ON EXTRAORDINARY MATTERS CHARGEABLE AT @ $200/HR. (*)

10 hrs., 14 mins. Charge $2050

Charge $2500 for Routine Services + $2050 Extraordinary Matters = $4550

$4550 less $1000 Retainer = $3550