United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-13861-mdc
Dep Thi Tran                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD            Page 1 of 2            Date Rcvd: Jul 27, 2018
                         Form ID: pdf900           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db          +Dep Thi Tran,   421 Baileys Run Lane,   Springfield, PA 19064-2144
cr          +U.S. BANK NATIONAL ASSOCIATION,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
13957285     American Express Bank, FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
13928540    +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
13928541   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bankamerica,   Po Box 982238,   El Paso, TX 79998)
13971351    +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13928542    +Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13928543    +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
13928545    +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
13928546    +CitiCards,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
13995594     Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
             Carol Stream, IL  60197-5008
13928551    +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
13928552    +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
13928553    +Pnc Bank,   Po Box 3180,   Pittsburgh, PA 15230-3180
13928554    +Pnc Bank, N.a.,   Po Box 3180,   Pittsburgh, PA 15230-3180
13928556    +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13928559    +Specialized Loan Servi,   8742 Lucent Blvd,   Highlands Ranch, CO 80129-2386
13928561    +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
13942163    +U.S. Bank National Association Trustee (See 410),   c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jul 28 2018 02:00:07    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2018 01:59:56    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13986170    +E-mail/Text: bankruptcy@cavps.com Jul 28 2018 01:59:51    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13928547    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 28 2018 01:59:05    Comenity Bank/express,
             Po Box 182789,   Columbus, OH 43218-2789
13938165     E-mail/Text: mrdiscen@discover.com Jul 28 2018 01:58:59    Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13928548    +E-mail/Text: mrdiscen@discover.com Jul 28 2018 01:58:59    Discover Fin Svcs Llc,
             Po Box 15316,   Wilmington, DE 19850-5316
13928550    +E-mail/Text: DSLBKYPRO@discover.com Jul 28 2018 01:59:55    Discover Student Loans,
             Po Box 30948,   Salt Lake City, UT 84130-0948
13967400     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 01:59:20
             Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
             Harrisburg PA  17128-0946
13928555    +E-mail/Text: bknotifications@provident.com Jul 28 2018 02:00:44    Provident Funding Asso,
             1235 N Dutton Ave Ste E,   Santa Rosa, CA 95401-4666
13928560    +E-mail/PDF: gecsedi@recoverycorp.com Jul 28 2018 02:03:02    Syncb/gap,   Po Box 965005,
             Orlando, FL 32896-5005
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
13928544*   +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
13928549*   +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
13928557*   +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13928558*   +Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
13928562*   +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
                                                                                  TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                   Date Rcvd: Jul 27, 2018
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
              DAVID A. SCHOLL    on behalf of Debtor Dep Thi Tran judgescholl@gmail.com
              EDMOND M. GEORGE    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
               Earth Pride Organics, LLC, et al.
               angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
               sandoval@obermayer.com;michele.emory@obermayer.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S Bank National Association, as Trustee, for
               Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2007-1
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: DEP THI TRAN         :    Chapter 13
                            :
       Debtor(s).           :    Bankruptcy No. -MDC 17-13861

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated 7/26/18

*Magdeline D. Coe*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE