**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
**DEP THI TRAN,**                           : Chapter 13
**Debtor**                                  : BANKR. No. 17-13861

### CERTIFICATION OF NO RESPONSE

I hereby certify that, on or before July 28, 2018, I served Notice of the Amended Fee Application of the Debtor's Counsel, upon all known creditors, and the entire Application upon the Chapter 13 Trustee, the Debtor, and the Office of the United States Trustee. I also served a copy of this court's Order of July 26, 2018, dismissing this case but retaining jurisdiction as to any administrative claims filed upon all known interested parties. I further certify that no answer or Objection to my Application or any further administrative claim was filed or served on me by August 27, 2018, and the Order attached to the Application can be entered as uncontested.

Dated: August 28, 2018

_____
/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA. 19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor