# THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
DEP THI TRAN,    : CHAPTER 13
    Debtor    : BANKRUPTCY NO. 17-13861

## ORDER

AND NOW, this 1st day of ~~August~~ November, 2018, upon consideration of the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case, for the period from May 22, 2017, through July 12, 2018, it is hereby ORDERED that the Fee Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is GRANTED, and the Applicant is awarded compensation of $4550 for this period. The trustee shall distribute $3550.00 from the funds paid to him to the Applicant. The Debtor is authorized and directed to pay $4550.00 to the Applicant.

*Magdeline D. C_____*
           J.