United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 17-13861-mdc
Dep Thi Tran                                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Nov 02, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2018.
db              +Dep Thi Tran,     421 Baileys Run Lane,    Springfield, PA 19064-2144

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2018 at the address(es) listed below:
          DAVID A. SCHOLL    on behalf of Debtor Dep Thi Tran judgescholl@gmail.com
          EDMOND M. GEORGE    on behalf of Creditor Committee    Official Committee of Unsecured Creditors of
          Earth Pride Organics, LLC, et al.
          angela.baglanzis@obermayer.com;michael.vagnoni@obermayer.com;Lucille.acello@obermayer.com;alicia.
          sandoval@obermayer.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S Bank National Association, as Trustee, for
          Structured Asset Mortgage Investments II Inc., Prime Mortgage Trust, Certificates, Series 2007-1
          bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
DEP THI TRAN,                                    : CHAPTER 13
      Debtor                          : BANKRUPTCY NO. 17-13861

## ORDER

AND NOW, this *1st* day of ~~August~~ *November*, 2018, upon consideration of the Fee

Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation in this case,

for the period from May 22, 2017, through July 12, 2018, it is hereby ORDERED that the Fee

Application of David A. Scholl, Esquire, Counsel for the Debtor, for compensation is

GRANTED, and the Applicant is awarded compensation of $4550 for this period. The trustee

shall distribute $3550.00 from the funds paid to him to the Applicant. The Debtor is authorized

and directed to pay $4550.00 to the Applicant.

Magdeline D. Co
                               J.